UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADVANCED KNOWLEDGE TECH, LLC,

                       Plaintiff,

   -against-

                                                      21-cv-992 (PKC)

                                                         ORDER

MARCELLO FLEITAS,

                       Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       The proposed protective order (Doc 32) is not approved. Please resubmit in compliance with paragraph 4 of the undersigned's Individual Practices.

       SO ORDERED.

                                                         P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
         August 12, 2022